# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

**TIMOTHY WILLIAM SCATT PEAVY**                               **PLAINTIFF**

**NO. 3:19CV248-JMV**

**ANDREW SAUL,**
***COMMISSIONER OF SOCIAL SECURITY***                         **DEFENDANT**

## ORDER

Before the Court are Plaintiff's motion [20] for attorney fees pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d); and Defendant's response [21]. For reasons stated in Defendant's response to Plaintiff's EAJA motion, Plaintiff's motion is DENIED as premature. Plaintiff may refile his motion at an appropriate time after the judgment in this case has become final.

SO ORDERED this 6th day of October, 2020.

/s/ Jane M. Virden
U.S. Magistrate Judge