# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

**TIMOTHY WILLIAM SCATT PEAVY**                             **PLAINTIFF**

**NO. 3:19CV248-JMV**

**ANDREW SAUL,**
*COMMISSIONER OF SOCIAL SECURITY*                        **DEFENDANT**

## ORDER

      Before the Court are Plaintiff's motion [23] for attorney fees pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d), and Defendant's response [24]. Having considered the submissions of the parties and the applicable law—and hearing no objection from Defendant regarding the hourly rate or amount sought—the Court finds the EAJA award requested is reasonable. Accordingly, it is, hereby, ORDERED that Plaintiff's request for attorney fees is GRANTED, and Plaintiff is awarded $7,014.76. Consistent with *Astrue vs. Ratliff*, 560 U.S. 586 (2010), however, the EAJA award check should be made payable to Plaintiff (for the benefit of his counsel).

      SO ORDERED this 17th day of December, 2020.

                                                                      /s/ Jane M. Virden
                                                                   United States Magistrate Judge